UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                       No. 2:16-CR-20007-002

AMELIA MARIE SPIOTTO                                                         DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 115) from United States Magistrate Judge Mark E. Ford. There have been no objections and the time period for filing objections has passed. After careful review, the Court concludes that the report and recommendations should be, and hereby are, approved and ADOPTED IN THEIR ENTIRETY as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant Amelia Marie Spiotto's motion (Doc. 108) under 28 U.S.C. § 2255 to vacate her sentence is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 14th day of December, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE