UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                         No. 2:16-CR-20007-002

AMELIA MARIE SPIOTTO                                                                  DEFENDANT

### ORDER

The Court has received a report and recommendations (Doc. 115) from United States Magistrate Judge Mark E. Ford. The Court originally adopted the report and recommendations (Doc. 116) in their entirety, but the order was vacated (Doc. 118) after the Court received Defendant's motion (Doc. 117) for an extension of time to file objections. The Court granted Defendant's motion to extend, and Defendant then filed two objections (Doc. 119) to the report and recommendations.

Defendant's first objection is that the Magistrate Judge "erred by equating Fed.R.Crim.P. 11 with ineffective assistance of counsel in the plea process and denying" Defendant's claim based on the analysis that there was no Rule 11 violation. (Doc. 119, p. 7). Defendant argues her claim of ineffective assistance of counsel in the plea process should invalidate her plea because her counsel did not inform her in a way that she could understand her sentencing range would be 720 months. At Defendant's change of plea hearing, the Court confirmed she had an opportunity to meet with her attorney and review her plea agreement, which was negotiated by her attorney and the Government in advance of the change of plea hearing. Defendant affirmed that she understood the plea agreement. Prior to her plea, the Court reminded Defendant of both the mandatory minimum and statutory maximum sentences that could apply to the counts to which she was pleading. She understood as well that the sentence the Court imposed might be different from any

1

estimate by her attorney, and that the Court would determine the guidelines-recommended sentencing range applicable to her, but was not bound by that recommendation. Her claim that she did not understand her possible sentencing range is not credible. In light of that sentencing range, her argument that she had nothing to lose by going to trial is not accurate.

Defendant's second objection is that the Magistrate Judge erred in dismissing her claim for ineffective assistance of counsel in the sentencing process because the Magistrate Judge failed to consider Defendant's reply brief. Defendant argues the reply brief provided substantial authority to support her claim. First, Defendant argues the Court did not consider the testimony of her sentencing witness, Dr. Benjamin Silbur, to be expert witness testimony under Federal Rule of Evidence 702. The Rules of Evidence do not apply at sentencing. Dr. Silbur was permitted to testify, and even to offer opinion testimony concerning exhibits the Court received over objection from the Government. Second, Defendant argues that Dr. Silbur's testimony was beneficial to the Government because he agreed with the BOP evaluation of her. Defendant incorrectly characterizes Dr. Silbur's testimony. Dr. Silbur instead testified that he was not asked to disagree with and was not presented with evidence leading him to disagree with the BOP evaluation that concluded Defendant likely was competent at the time she committed the crime. Dr. Silbur otherwise testified strongly in Defendant's favor, even against an aggressive cross examination by the Government, and explicitly testified that Defendant was not likely to recidivate. Her arguments in this objection and in her reply are without merit.

After de novo review of the report and recommendations and all exhibits, the law, and the objections and motions filed by Defendant, the Court concludes the report and recommendations should be, and hereby are, approved and ADOPTED IN THEIR ENTIRETY as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant Amelia Marie Spiotto's motion (Doc. 108) under 28 U.S.C. § 2255 to vacate her sentence is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 26th day of January, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE